UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-002-RAJ |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| RAYNA DYE, | |
| Defendant. | |

A hearing on supervised release revocation in this case was scheduled before me on October 12, 2011. The United States was represented by AUSA Francis Franze-Nakamura and the defendant by Ephraim Benjamin. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 8, 2009 by the Honorable Richard A. Jones on a charge of Wire Fraud, and sentenced to 20 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of

$277,266.39, provide his probation officer with financial information as requested, maintain a single checking account for all financial transactions, disclose all business interests, disclose all assets and liabilities, and be prohibited from incurring new credit obligations without permission. (Dkt. 13.)

The conditions of supervised release were modified on May 9, 2011 to prohibit any contact with Tiffany Crossman or Kenneth Liverman, and to require defendant to stay out of known areas of prostitution. (Dkt. 17.) On June 6, 2011, the conditions were further modified to require defendant to reside in and successfully participate in a residential reentry center program for up to 30 days. (Dkt. 18.)

In an application dated September 19, 2011 (Dkt.19, 20), U.S. Probation Officer Frances L. Davis alleged the following violations of the conditions of supervised release:

1. Committing the crime of Theft in Pierce County Washington, on or about May 1, 2011 through June 14, 2011, in violation of the standard condition that she not commit a Federal, State or local crime.

2. Failing to stay out of a known area of prostitution in King County which encompasses the following geographic areas: 11200 Block of Pacific Highway South to 15400 Block of Pacific Highway South, bounded by Military Road to the West and 42nd Ave South to the East, in violation of the special condition.

3. Using cocaine on or before September 6, 2011 in violation of standard condition No. 7.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether

they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Jones.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>12th</u> day of October, 2011.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Richard A. Jones
AUSA: Francis Franze-Nakamura
Defendant's attorney: Ephraim Benjamin
Probation officer: Frances L. Davis

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3