**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RAYNA DYE,<br><br>　　　　　　　　Defendant. | NO. CR09-002-RAJ<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on December 19, 2012.  The United States was represented by Assistant United States Attorney Sarah Vogel, and the defendant by Jennifer Wellman for Ephraim William Benjamin.

　　　　The defendant had been charged and convicted of Wire Fraud, in violation of 18 U.S.C. § 1343.  On or about May 8, 2009, defendant was sentenced by the Honorable Richard A. Jones, to a term of 20 months in custody, to be followed by 3 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $277,266.39 restitution, IRS filing, no new credit,

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

no direct or indirect contact with Tiffany Crossman and Kenneth Liverman, and stay out of known areas of prostitution in King County.

In a Petition for Warrant or Summons, dated May 22, 2012, U.S. Probation Officer Frances L. Davis asserted the following violations by defendant of the conditions of her supervised release:

(1) Committing the crime of Felony Rending Criminal Assistance in the First Degree in King County Washington on March 21 and 23, 2012, in violation of the standard condition that she not commit a Federal, State or local crime.

(2) Having direct or indirect contact with Tiffany Crossman in violation of the special condition directing her not to do so.

(3) Associating with Roger L. Owens, a person engaged in criminal activity and a convicted felon without permission, in violation of condition No. 9.

(4) Using cocaine on or before March 29, 2012, in violation of standard condition No. 7.

The defendant was advised of her rights, acknowledged those rights, and admitted to violations 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Richard A. Jones on January 11, 2013 at 3:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of January, 2013.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

| | | |
|---|---|---|
| cc: | District Judge: | Honorable Richard A. Jones |
| | AUSA: | Sarah Vogel |
| | Defendant's attorney: | Ephraim William Benjamin |
| | Probation officer: | Frances L. Davis |

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3